UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON E. CALHOUN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.　1:20-cv-00861-JDP<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

　　　Plaintiff proceeds in this Social Security appeal represented by counsel.  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  ECF No. 2.  Plaintiff has submitted a declaration regarding his financial circumstances.  *Id*.  Plaintiff's declaration satisfies the requirements under § 1915.  The court will therefore grant plaintiff's motion to proceed *in forma pauperis*.  The court will also direct a United States Marshal to serve defendant Commissioner of Social Security.  *See* Fed. R. Civ. P. 4(c)(3).

　　**Order**

　　a.　Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

　　b.　The court orders service of process on defendant:

　　　　i.　The clerk must issue summons.

1

      ii. The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

      iii. Plaintiff must assist the marshal upon request.

      iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:   July 9, 2020                   _____
                                                    UNITED STATES MAGISTRATE JUDGE

No. 204.